

SO ORDERED,

*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| RACHELLE BARNES BUCHANAN | 18-12239-SDM |

<u>AGREED ORDER GRANTING MOTION TO DISMISS (DKT. #80)</u>

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #80) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and response thereto filed by the Debtor (Dkt. #82). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted.

2. This case shall be and is hereby dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB#10645
ATTORNEY FOR TRUSTEE

/s/ J. Madison Brooks
J. MADISON BROOKS
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645